Earl Lester, Plaintiff-Appellant, v. Gilbert Hennessey, d/b/a Hennessey Florist, Defendant-Appellee.

Gen. No. 10,214.

Third District.

February 17, 1959.

Released for publication March 5, 1959.

Roberts and Kepner, for plaintiff-appellant; Giffin, Winning, Lindner & Newkirk (Alfred F. Newkirk, James M. Drake, of counsel) for defendant-appellee. Opinion by JUSTICE ROETH. Not to be published in full.